**E-FILED**
Wednesday, 06 April, 2005  11:52:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-20018 |
| | ) | |
| DERRICK CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE SENTENCING**

The United States, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Timothy A. Bass, moves to continue the sentencing hearing scheduled for April 8, 2005, and in support thereof, states as follows:

1.      On March 17, 2004, defendant was charged in a two-count indictment with distribution of a mixture and substance containing cocaine.  Defendant pled guilty to these charges on November 23, 2004.

2.      The defendant will be called as a witness in the case of *United States v. Jason Stafford*, No. 04-20069, which is currently scheduled for trial before this Court on May 9, 2005.  Therefore, the government requests that the sentencing be continued until after the Stafford trial is completed.  This Court has continued the sentencing in a similar case, *United States v. Jerry Woodfall*, No. 04-20019, to June 30, 2005.  Accordingly,

the government would also request that the sentencing in this matter be continued to

June 30, 2005, or thereafter.

WHEREFORE, the government requests a continuance of the sentencing in this

matter to June 30, 2005, or thereafter.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


BY:    s/Timothy A. Bass
       TIMOTHY A. BASS
       United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone:  217/373-5875
       Fax: 217/373-5891
       tim.bass@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2005, I electronically filed the Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert I. Auler
Auler Law Offices PC
202 W. Green Street
Urbana, IL 61801

s/Timothy A. Bass
TIMOTHY A. BASS
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov