E-FILED
Tuesday, 10 May, 2005  08:10:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
|     vs. ) | Case No. 2:04-cr-20018 |
| ) | |
| DERRICK CLARK, ) | |
|     Defendant. ) | |

**PETITION FOR LEAVE TO WITHDRAW**

**NOW COMES** Auler Law Offices, P.C., and hereby petitions this Court for leave to withdraw its entry of appearance as counsel for Defendant Derrick Clark.

Respectfully submitted,

/s Robert I. Auler
**AULER LAW OFFICES, P.C.**
202 West Green Street
Urbana, Illinois  61801
(217) 384-3080
(217) 337-3061 (facsimile)
bobauler@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2005, I electronically filed this Petition for Leave to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    tim.bass@usdoj.gov
    staci.klayer@usdoj.gov

and I hereby certify that on May 9, 2005, I mailed said document by United States Postal Service to the following non-registered participant:

    None

/s Robert I. Auler
**AULER LAW OFFICES, P.C.**
202 West Green Street
Urbana, Illinois  61801