UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 04-20018 |
| DERRICK CLARK, | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S SENTENCING EXHIBITS

Now comes the Defendant, DERRICK CLARK, through his attorney, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), hereby enters the following exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence:

1. Exhibit A: Larry W. Rennels
2. Exhibit B: Robert Creek
3. Exhibit C: Tony Crouch
4. Exhibit D: Heather Creek
5. Exhibit E: Nicholas Camfield
6. Exhibit F: Jerry Clark
7. Exhibit G: Carrie Neese

Respectfully Submitted,

DERRICK CLARK, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY: s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy Bass.

                                                  s/Tiffani D. Johnson
                                                  _____
                                                  TIFFANI D. JOHNSON, Bar No. 6278909
                                                  Assistant Federal Defender
                                                  300 West Main Street
                                                  Urbana, Illinois 61801
                                                  Phone: (217) 373-0666
                                                  Fax: (217) 373-0667
                                                  Email: tiffani_johnson@fd.org