**RENNELS TV & APPLIANCE**
*"The Store That Service Built"*
211 LINCOLN AVENUE
CHARLESTON, IL 61920-3023
(217) 345-3401

May 12, 2004

To Whom it May Concern:

Derrick Clark has been employed by Rennels TV & Appliance as a satellite system installer since February 9, 2004. Derrick was hired as a trainee with no direct experience but with basic skills and a willingness to learn. My experience has shown that the best employees are those that are trained to perform the job the way that I want it performed. Because of Derrick's motivation and his desire to learn, I invested the time required to train him to be a satellite system installer. Within the past week Derrick has completed his 90-day probationary period and he has become a valuable employee.

I have attempted to hire additional satellite system installers but with no success. Since the local TV stations have become available on DISH Network, my satellite business has increased about 250%. I need at least one additional installation crew but have had no success in hiring personnel to assemble another crew. For this reason Derrick's continued employment is very important to my business.

Derrick has been very dependable. He has only missed work when he has been required to be present in court. He has always given me notice of court dates as soon as he has become aware of the schedule, which allowed me to schedule our work. Derrick is always on time for work and ready to work. He is very cheerful and pleasant to other employees and customers. I would find it very difficult to replace Derrick.

Sincerely,

s/Larry W. Rennels

Larry W. Rennels, Owner
Rennels TV & Appliance

*Zenith - General Electric - Hotpoint - DISH Network*