To whom it may concern:

I met Clark about a year ago when we were random partners in a Euchre tournament. We became friends and frequent euchre partners. As we became friends, he told me about his previous drug problems and I told him about my daughter who lived in Chicago who I suspected had a serious drug problem.

As it turned out, we found out later that my daughter was addicted to heroin. She was a well-educated, beautiful woman that had a wonderful job, but the drug was taking it all away. We begged her to come home and offered to get a loan to pay for treatment, but we were unable to get her to come. Eventually, she was arrested in Wisconsin, and we were able to get her home. After several weeks of physical agony, she was physically free of the poison, but she was a mess emotionally. I tried to get her to socialize so I introduced her to Clark. Clark has counseled and supported her throughout this dark period of our lives. He has steered her away from the drugs and probably has done more to keep her clean than anyone else, including her mother and I. I am greatly indebted to him for that.

In the past year, Clark has gotten a job and has earned my respect in many ways. He is a genuine, caring individual. I was shocked when he was arrested. The drug problems were in his past. It seems ironic that someone who has beaten drugs and helped others beat them, and now is beginning to make something of his life can now have a past drug problem come back to destroy the progress that he has made in his life and his positive influence on others.

I ask that you be lenient and compassionate in your judgement of him. He is not a threat to society anymore nor does he require help with his problem. He has overcome it. Is it necessary to punish him? Will it benefit anyone? Given his model behavior for the last year, I don't think it would be beneficial to anyone for Clark to be sent to prison.

Sincerely,

s/Robert Creek

Robert Creek
2106 Martin St.
Charleston, IL 61920
217-345-2853