

C.A.D.C.
P.O. Box 851
Oakland, IL 61943

May 10, 2004

To Whom It May Concern,

    This is to inform you that Derrick Clark voluntarily attended the Community Anti-Drug Coalition (CADC) on Monday, April 26, 2004, 7:00 pm at the Lake Crest All-Purpose Room, in Oakland, IL. Not only did Derrick attend the meeting he also got up and gave his testimony telling about his involvement with Drugs. In addition he answered questions from those who attended the meeting. He explained how he got involved in using drugs and how he kept his habit from his family.

    Derrick is a courageous young man who is desperately trying to do everything necessary to keep clean. It is my hope that the court system will work with him to make sure that he gets every opportunity to stay clean and sober. Derrick has also asked to know of the times of future meetings. We would like to have him come again and sit with a panel at a future date to discuss what he has learned coming off drugs.

Sincerely,

s/Tony Crouch

Tony Crouch, President
C.A.D.C.



July 13, 2004

Derrick Clark
1106 3rd St.
Charleston, IL 61920

Dear Derrick,

    Hello. I hope and pray that you are still recovering and doing well. I wanted to invite you to attend our next CADC community meeting on July 24, from 6:00-8:00pm. It will be held at the Oakland Swimming Pool. We are sponsoring a free-swimming party and then we will end the night with a round table Q & A with recovering addicts. We are hopeful that hearing how you and others have overcome your addiction will help and inspire others.
    Please call me 217-346-2256 if you can be here to be on the panel.
    Thanking you in advance.

Sincerely,

s/Tony Crouch

Tony Crouch, President
C.A.D.C.