April 1, 2005

To Whom It May Concern:

Derrick Clark has been an important influence in my life. Derrick and I met in October 2003 and have been close ever since. I had just moved back to Charleston to begin a recovery process of my own substance abuse problem. It was a very difficult time for me and I wasn't very confident that I could handle the process.

Derrick has been a big help to me through our close relationship. We have hopes of marriage and family someday. He tells me that he has become a different person since having someone in his life to care about. I've seen many changes in him since we have been together. He has also become very close with my family, who lives here in town. They are very grateful to him for the help he has given me through my own recovery.

He has been very depressed about this legal issue in his life. There are so many good things that have changed in his life recently that he is worried about losing. His grandmother, who raised him, is elderly and most likely won't be alive by the time his sentence is complete. He is mostly concerned that he and I won't have a chance to start a family together. I am turning thirty and my opportunity to have children is diminishing. Every year that is added to his sentence decreases our likelihood of having a family. This is probably the most important issue for both of us.

Derrick is very remorseful for the bad decisions he made a few years ago when he didn't have much in his life to care about. He has since realized that there is much more to life. He has been diligent about fulfilling the requirements of his pre-sentence probation. I am hopeful that the courts will see how his life and behavior has changed and sentence him to the minimal amount of prison time that is necessary. He has many people that care about him and need him in our lives.


Sincerely,

**s/Heather Creek**
Heather Creek