June 23, 2005

Judge McCusky:

 I am writing this letter on behalf of Derrick Clark. I have known Mr. Clark for the past couple of years, an acquaintance through a mutual friend originally. Since that time, I have had the opportunity to get to know the man more personally. Regardless to say, I was quite shocked to discover the troubles that he was facing, as it seemed totally out of character from the man I had come to know. Mr. Clark has always been to me one of the most straightforward and honest human beings I have had the chance to know. His character has never been in question to me, and as I have also had the opportunity to observe him in the workplace for the past two years as well, neither has his work ethic been in question. He has always reported to work when scheduled, always willing to lend an extra hand, and a model for his fellow employees. I can honestly say that I wish we had more employees like Mr. Clark, as it would make my job far easier each day. Whatever troubles he has faced, and problems have come up in his life, he is honestly putting them behind him every day. I would implore you, even beg you to impose a sentence that reflects the strides he has made in his life since this whole situation began. I'm certain that you will show whatever leniency you believe he deserves, I can only hope it is akin to my own belief in the matter at hand.

Sincerely,

**s/Nicholas A. Camfield**

Nicholas A. Camfield
Non Profit Supervisor