June 21, 2005

Dear Judge McCuskey,

Derrick's mother and I was married for only two years. She and I disagreed and decided to part ways. He was raised mostly by his grandparents, because I was working full time and lots of overtime. He attended church regularly as a child and worked on their farm.
When he moved to Charleston after graduation from High school, he got with the wrong crowd, but I know he has learned his lessson the hard way.
Derrick's attitude has gone through a complete change for the better. He has recently given testimonies to Oakland High school to the students there about the drug abuse problems. Our realationship now is very good  I am emphasizing the importants of living a good life.

Thank you

Father: s/Jerry L. Clark

602 E Monroe
Casey, IL 62420
Home 217-932-5757
Work 812-234-9332