E-FILED
Wednesday, 24 August, 2005  11:08:44 AM
Clerk, U.S. District Court, ILCD

July 8, 2005

Judge McCusky:

    I have known Derrick Clark for about three years now. We have worked together and we have had several mutual friends over the years. In all the time I have spent around Mr. Clark, I can honestly say I do not have one bad thing to say about him. He is a genuinely kind individual, and it is always a pleasure to be around him. Derrick has always been willing to lend an extra hand when called upon, and he certainly goes above and beyond his duties at work. He is always early and he often volunteers to work extra shifts. He is a wonderful person overall, and I feel that his current situation is pretty out of character for him. Derrick may have made some mistakes in the past, but from what I can see, he has completely turned around and is ready to start over. I feel that he most certainly deserves leniency in this case. He has kept out of trouble for over a year now, and I think that says a lot. I sincerely hope you have taken everything I have said into careful consideration.

Sincerely,

s/Carrie E. Neese
Carrie E. Neese